UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:17-cv-381 | 1/28/2020 | 9:05 AM - 10:28 AM<br>10:57 AM - 12:35 PM<br>12:54 PM - 2:34 PM | Grand Rapids | Janet T. Neff |

## CASE CAPTION

| Plaintiff: | Defendant: |
|---|---|
| Maria Rodriguez | Dolgencorp, LLC |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Thomas William Waun | Plaintiff |
| Sandra J. Densham | Defendant |

## WITNESSES

Katrina Rolland    P

Angela Tunstill    P

Twyla Dawn Conley (video deposition)    P

## PROCEEDINGS

**NATURE OF HEARING:** Day 1 of jury trial; Jury selection completed; Plaintiff began to present her case; Joint Exhibits 1-3, Plaintiff's Exhibits 1-9, 11, 12, and Defendant's Exhibits A-R admitted.

Court Reporter: Paul Brandell
Case Manager: Rick Wolters